**UNITED STATES of America,**
**Appellee,**

v.

**Robert WADE, Appellant.**

No. 03–4037.

United States Court of Appeals,
Eighth Circuit.

Submitted April 4, 2005.

Decided April 8, 2005.

Patrick J. Reinert, U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

Robert Wade, Springfield, MO, pro se.

Before SMITH, MCMILLIAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Robert Wade appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion. As the court correctly concluded, Wade's sentence is not affected by Amendment 591 to the Sentenc-

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.